**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOHN CLIFFORD, CRAIG CLIFFORD, SCOTT CLIFFORD, PAUL CLIFFORD, STEPHEN DAZZO, JERSEY CORD CUTTERS, LLC and KASOLAS FAMILY & FRIENDS VG INVESTMENT, LLC,

Plaintiffs,

vs.

RICHARD FEDERMAN, WINSTON JOHNSON, GOTHAM MEDIA CORPORATION, GOTHAM MEDIA SERVICES, INC., WINSONIC DIGITAL MEDIA CABLE SYSTEMS HOLDINGS, INC., WINSONIC DIGITAL MEDIA GROUP, LTD, WINSONIC DIGITAL CABLE SYSTEMS NETWORK, LTD, JUSTIN SU, CASCADE NORTHWEST, INC., LORI POOLE, ROBERT KOSTENSKY, TODD GUTHRIE, TECH CXO, LLC, MARK ARNOLD, PATRICK SHAW, RICKSHAW PRODUCTIONS, LLC, DARYL ARTHUR, MEGATONE MUSIC, LLC, KRISTY THURMAN, KT COMMUNICATIONS CONSULTING, INC., DR. ERIC SPELLMAN, WESLEY T. SNIPES, 2251 LAKE PARK INVESTMENT GROUP LLC, DOC MAANDI MOVIES, LLC, DMM-EXPENDABLES 3 LLC,

CIVIL ACTION FILE NO.

1:18-cv-01953-AT

MAADNI MEDIA PRODUCTIONS DIGITAL LLC, MAANDI ENTERTAINMENT LLC, MAANDI MEDIA PRODUCTIONS, LLC, MAANDI PARK MS LLC, MAANDI MEDIA HOLDINGS INTERNATIONAL LLC, KIMBERLYTE PRODUCTION SERVICES, INC., 2496 DIGITAL DISTRIBUTION LLC, 1094 DIGITAL DISTRIBUTION LLC, SST SWISS STERLING, INC., JAN EMMENEGGER, GEORGE HAIRSTON, HEATHER CLIPPARD, ROBERT HALF INTERNATIONAL, INC. (d/b/a THE CREATIVE GROUP AND d/b/a ROBERT HALF TECHNOLOGY), TAMELA WALKER, KATIE ASHCRAFT, BUSINESS CONSULTING, LLC and ASHCRAFT OPPERMAN & ASSOCIATES, LLC,

Defendants.

---

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TODD GUTHRIE AND TECH CXO, LLC'S TO ANSWER AND TO EXTEND ALL DEPENDENT DEADLINES**

---

The consent motion for extension of time for Defendants TODD GUTHRIE and TECH CXO, LLC to answer or otherwise respond to Plaintiffs' Complaint and to extend deadlines dependent on the date of an answer [Doc. 24] is **GRANTED**.

IT IS HEREBY ORDERED that Defendants TODD GUTHRIE and TECH CXO, LLC shall have up to and including July 11, 2018 to answer or otherwise respond to Plaintiffs' Complaint. The deadlines dependent on the date of an Answer, such as the date to submit Initial Disclosures, conduct an Early Planning Conference, and begin the discovery period, shall be extended based upon the date of Defendants TODD GUTHRIE and TECH CXO, LLC's Answer.

This 11th day of June, 2018.

Honorable Amy Totenberg
Judge, United States District Court

Prepared by:

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Rebecca E. Strickland*
Roger E. Harris
Georgia Bar No. 331302
Rebecca E. Strickland
Georgia Bar No. 358183
Jonathan J. Kandel
Georgia Bar No. 940584
1355 Peachtree St., N.E., Suite 300
Atlanta, GA 30309
(404) 874-8800
roger.harris@swiftcurrie.com
rebecca.strickland@swiftcurrie.com
jonathan.kandel@swiftcurrie.com
*Attorneys for Defendant Todd Guthrie and Tech CXO, LLC*