IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN CLIFFORD, et al.,                   :
                                         :
    Plaintiffs,                          :
                                         :        CIVIL ACTION NO.
    v.                                   :        1:18-CV-01953-AT
                                         :
RICHARD FEDERMAN, et al.,                :
                                         :
    Defendants.                          :

## **ORDER**

This matter is before the Court on Plaintiffs' Motions to File Overlength Brief in Response to Defendant Spellman's Motion to Dismiss[1] [Docs. 90 & 91]. Plaintiffs seek an additional 10 pages for their response due to the number and complex nature of the claims and have attached a copy of the proposed 35-page response brief as an exhibit to the second motion.

Accordingly, for good cause, the motions are **GRANTED**. Plaintiffs may file a response in opposition to Defendant Spellman's pending motion to dismiss **NOT TO EXCEED 35 PAGES**.

**IT IS SO ORDERED** this 16th day of August, 2018.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs filed the second motion to clarify that the response brief is due today and to attach a copy of the proposed brief as an exhibit.