**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JOHN CLIFFORD, et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:18-cv-1953-JPB |
| RICHARD FEDERMAN, et al., | |
| Defendants. | |

**J U D G M E N T**

This action having come before the Court, Honorable J.P. Boulee, United States District Judge, for consideration of Defendants' Motions to Dismiss, and the Court having granted those motions seeking dismissal on shotgun pleading grounds and denied as moot those motions addressing the merits, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed with prejudice**.

Dated at Atlanta, Georgia, this 7th day of January, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:  *s/D.M. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 7, 2020
James N. Hatten
Clerk of Court

By: *s/D.M. McGoldrick*
Deputy Clerk