# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 03, 2021

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 20-12294-DD
Case Style: John Clifford, et al v. Richard Federman, et al
District Court Docket No: 1:18-cv-01953-JPB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 20-12294

_____

District Court Docket No.
1:18-cv-01953-JPB

JOHN CLIFFORD,

                              Plaintiff,

CRAIG CLIFFORD,
SCOTT CLIFFORD,
PAUL CLIFFORD,
STEPHEN DAZZO,
JERSEY CORD CUTTERS, LLC,
KASOLAS FAMILY & FRIENDS VG INVESTMENT, LLC,
CHRISTINE C. CLIFFORD,
as administrator of the estate of John Clifford,

                              Plaintiffs - Appellants,

versus

RICHARD FEDERMAN,
WINSTON JOHNSON,
GOTHAM MEDIA CORPORATION,
GOTHAM MEDIA SERVICES, INC.,
WINSONIC DIGITAL MEDIA GROUP, LTD.,
WINSONIC DIGITAL CABLE SYSTEMS NETWORK, LTD.,
JUSTIN SU,
LORI POOLE,
ROBERT KOSTENSKY,
TODD GUTHRIE, TECH CXO, LLC,
PATRICK SHAW,
RICKSHAW PRODUCTIONS, LLC,
DARYL ARTHUR,
MEGATONE MUSIC, LLC,
KRISTY THURMAN,
KT COMMUNICATIONS CONSULTING, INC.,
2251 LAKE PARK INVESTMENT GROUP LLC,
DOC MAANDI MOVIES LLC,
DMM-EXPENDABLES 3 LLC,

MAANDI MEDIA PRODUCTIONS DIGITAL LLC,
MAANDI ENTERTAINMENT LLC,
MAANDI MEDIA PRODUCTIONS LLC,
MAANDI PARK MS LLC,
MAANDI MEDIA HOLDINGS INTERNATIONAL LLC,
KIMBERLYTE PRODUCTIONS SERVICES, INC.,
2496 DIGITAL DISTRIBUTION LLC,
1094 DIGITAL DISTRIBUTION LLC,
SST SWISS STERLING, INC.,
HEATHER CLIPPARD,
ROBERT HALF INTERNATIONAL INC.,
d.b.a.The Creative Group,
d.b.a. Robert Half Technology, et al.,
WINSONIC DIGITAL MEDIA CABLE SYSTEMS HOLDINGS, INC., et al.,
CASCADE NORTHWEST, INC.,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 05, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch